**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ROBERT A. DOANE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:23-cv-11679 |
| v. | : | |
| | : | |
| ARCADIA POWER, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT ARCADIA POWER, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for

Defendant Arcadia Power, Inc. ("Arcadia") discloses that as of this date no parent corporation nor

any publicly held corporation owns 10% or more of Arcadia's stock.

Dated:  December 22, 2023

Respectfully Submitted,

**DUANE MORRIS LLP**

By: */s/ McKenna K. Heath*
McKenna K. Heath
100 High Street
Suite 2400
Boston, MA 02110
Tel: (857) 488-4200
Fax: (857) 488-4201
mheath@duanemorris.com

**KELLEY DRYE & WARREN LLP**

Lauri A. Mazzuchetti (*pro hac vice* pending)
Whitney M. Smith (*pro hac vice* pending)
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

*Counsel for Defendant Arcadia Power, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent out to those indicated as non-registered participants on this 22nd day of December, 2023.

*/s/ McKenna K. Heath*
McKenna K. Heath