UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ROBERT A. DOANE,**
    **Plaintiff,**

    v.                                            Civil Action No. 1:23-cv-11679-GAO

**ARCADIA POWER, INC.,**
    **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE, D.J.

The Court having been advised by counsel that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

                                                    By the Court,

Dated: January 29, 2024                  /s/Danielle Kelly
                                                  Deputy Clerk