**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ROBERT A. DOANE,** | ) |
|  | ) |
| **Plaintiff** | ) **Civil Action No. 1:23-CV-11679** |
|  | ) |
| **v.** | ) |
|  | ) |
| **ARCADIA POWER, INC.** | ) |
|  | ) |
| **Defendant** | ) |
|  | ) |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all claims in the above captioned action may be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

ROBERT A. DOANE

By his attorney

/s/RICHARD B. REILING
RICHARD B. REILING, ESQ.
BBO # 629203
BOTTONE | REILING
63 Atlantic Ave., 3rd Floor
Boston, MA 02110
Telephone: (617) 412-4291
Email: richard@bottonereiling.com

And

ARCADIA POWER, INC.

By Its Attorney

/s/WHITNEY M. SMITH (Via Email Auth.)
**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti
Whitney M. Smith
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
therod@kelleydrye.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon counsel for Defendant by way of this Court's Electronic Notification System this same date of filing.

/s/RICHARD B. REILING
RICHARD B. REILING, ESQ.

2